UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAPAN BHARGAVE,

       Plaintiff,

  v.                                 Case No. 2:25-CV-258-JES-KCD

GENESEE REGIONAL BANK, A
NEW YORK BANKING
CORPORATION; WRM
HOLDINGS IV, LLC, AN
ASSIGNEE OF GENESEE
REGIONAL BANK; AND
FEDERAL NATIONAL
MORTGAGE ASSOCIATION, AS
TRUSTEE FOR GUARANTEED
REMIC PASS-THROUGH
CERTIFICATES FANNIE MAE
REMIC TRUST 2021-91;

       Defendants,
_____/

## ORDER

Plaintiff Tapan Bhargrave, proceeding *pro se*, sues several financial institutions to stop the foreclosure of his property. (Doc. 1.)[1] Now pending is Plaintiff's motion for leave to access the Court's electronic filing system. (Doc. 4.)

The motion is **DENIED**. "Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

CM/ECF procedures." *Huminski v. Vermont*, No. 2:13-cv-692-FtM-29, 2014 WL 169848, *4 (M.D. Fla. Jan. 15, 2014); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (affirming denial of CM/ECF access for pro se litigants). No extenuating circumstances have been shown (or even argued) here. To the extent Plaintiff believes electronic filing will help him access documents in the case, he can already submit materials electronically through the Web Portal on the Court's website: https://www.flmd. uscourts.gov/electronic-document-submission-web-portal.

**ORDERED** in Fort Myers, Florida on March 31, 2025.

Kyle C. Dudek
United States Magistrate Judge